IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERMAN CREEK CONDOMINIUMS, INC.,

        Plaintiff,

v.                        Case No.: 19-CV-1735

MID-CENTURY INSURANCE COMPANY,

        Defendant.

## STIPULATION TO AMEND THE SCHEDULING ORDER

It is hereby stipulated by the parties, by their counsel of record, that:

The plaintiff shall disclose the identities of expert witnesses along with reports and supporting documentation, no later than the end of the day on **April 17, 2020** and the defendant shall disclose the identities of expert witnesses, along with reports and supporting documentation, no later than the end of the day on **July 17, 2020.** The scheduling order is hereby amended consistent with these dates and that the Court may enter an order forthwith consistent with the stipulation.

No other dates are affected by this stipulation.

Dated this 31st day of January, 2020.

                              CRIVELLO CARLSON, S.C.

                              */s/ Stacy K. Luell*
                By: _____
                              Attorney Stacy K. Luell
                              State Bar No: 1036160
                              Attorneys for Defendant Mid-Century Insurance Company
                              710 North Plankinton Avenue, Suite 500
                              Milwaukee, WI 53203

(414) 271-7722 Telephone
(414) 271-4438 Facsimile
sluell@crivellocarlson.com

Dated this 31st day of January, 2020.

NASH, SPINDLER, GRIMSTAD & McCRACKEN, LLP

By: */s/ John F. Mayer*
_____
John F. Mayer
State Bar No. 1017384
Sean A. Bukowski
State Bar No. 1096228
Attorneys for Plaintiff Sherman Creek Condominiums, Inc.
1425 Memorial Drive
Manitowoc, WI 54220
(920) 684-3321 Telephone
(920) 684-0544 Facsimile
jmayer@nashlaw.com
sbukowski@nashlaw.com