IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERMAN CREEK CONDOMINIUMS, INC.,

                              Plaintiff,

v.                                                          Case No.: 19-CV-1735

MID-CENTURY INSURANCE COMPANY,

                              Defendant.

## SECOND STIPULATION TO AMEND THE SCHEDULING ORDER

Due to the recent COVID-19 outbreak, the parties have found it difficult to conduct discovery, most importantly, the insurance adjustor's deposition, who resides in Virginia and which was originally scheduled on March 13, 2020. The parties continue to work cooperatively with one another to ensure that this case proceeds as much as possible given the circumstances, but have found it necessary to request relief from the Scheduling Order. The parties will attempt to move this case forward, although we are attempting to hit a moving target given the COVID-19 outbreak.

It is hereby stipulated by the parties, by their counsel of record, that:

The plaintiff shall disclose the identities of expert witnesses along with reports and supporting documentation, no later than the end of the day on **May 15, 2020.**

The defendant shall disclose the identities of expert witnesses, along with reports and supporting documentation, no later than the end of the day on **August 14, 2020.**

The parties shall complete all discovery no later than the end of the day on **August 28, 2020**.

No other dates are affected by this stipulation.

Dated this 21st day of April, 2020.

                    CRIVELLO CARLSON, S.C.

                    */s/ Stacy K. Luell*

By: _____
                    Attorney Stacy K. Luell
                    State Bar No: 1036160
                    Attorneys for Defendant Mid-Century Insurance
                    Company
                    710 North Plankinton Avenue, Suite 500
                    Milwaukee, WI  53203
                    (414) 271-7722 Telephone
                    (414) 271-4438 Facsimile
                    sluell@crivellocarlson.com

Dated this 21st day of April, 2020.

                    NASH, SPINDLER, GRIMSTAD & McCRACKEN, LLP

                    */s/ John F. Mayer*

By: _____
                    John F. Mayer
                    State Bar No. 1017384
                    Sean A. Bukowski
                    State Bar No. 1096228
                    Attorneys for Plaintiff Sherman Creek
                    Condominiums, Inc.
                    1425 Memorial Drive
                    Manitowoc, WI 54220
                    (920) 684-3321 Telephone
                    (920) 684-0544 Facsimile
                    jmayer@nashlaw.com
                    sbukowski@nashlaw.com