IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERMAN CREEK CONDOMINIUMS, INC.,

        Plaintiff,

v.        Case No.: 19-CV-1735

MID-CENTURY INSURANCE COMPANY,

        Defendant.

## THIRD STIPULATION TO AMEND THE SCHEDULING ORDER

Due to the recent COVID-19 outbreak, the parties have found it difficult to conduct discovery, although we were able to complete the adjustor's deposition on June 25, 2020. The parties continue to work cooperatively with one another to ensure that this case proceeds as much as possible given the circumstances, but have found it necessary to request relief from the Scheduling Order. The parties will attempt to move this case forward, although we are attempting to hit a moving target given the COVID-19 outbreak.

It is hereby stipulated by the parties, by their counsel of record, that:

The plaintiff shall disclose the identities of expert witnesses along with reports and supporting documentation, no later than the end of the day on **August 3, 2020.**

The defendant shall disclose the identities of expert witnesses, along with reports and supporting documentation, no later than the end of the day on **November 2, 2020.**

No other dates are affected by this stipulation.

Dated this 1ˢᵗ day of July, 2020.

                                CRIVELLO CARLSON, S.C.

                                */s/ Stacy K. Luell*
      By:  _____
                Attorney Stacy K. Luell
                State Bar No: 1036160
                Attorneys for Defendant Mid-Century Insurance Company
                710 North Plankinton Avenue, Suite 500
                Milwaukee, WI  53203
                (414) 271-7722 Telephone
                (414) 271-4438 Facsimile
                sluell@crivellocarlson.com

Dated this 1st day of July, 2020.

                                MAYER, GRAFF & WALLACE LLP

                                */s/ John F. Mayer*
      By:  _____
                John F. Mayer
                State Bar No. 1017384
                Sean A. Bukowski
                State Bar No. 1096228
                Attorneys for Plaintiff Sherman Creek Condominiums, Inc.
                1425 Memorial Drive
                Manitowoc, WI 54220
                (920) 684-3321 Telephone
                (920) 684-0544 Facsimile
                jmayer@mgwlawwi.com
                sbukowski@mgwlawwi.com