UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERMAN CREEK CONDOMINIUMS INC,

    Plaintiff,

v.

Case No. 19-cv-1735-bhl

MID-CENTURY INSURANCE COMPANY,

    Defendant.

## PROTECTIVE ORDER

Based on the Stipulation of the parties and the factual representations set forth therein, ECF No. 34, the Court finds that exchange of sensitive information between or among the parties and/or third parties other than in accordance with this Order may cause unnecessary damage and injury to the parties or to others. The Court further finds that the terms of this Order are fair and just and that good cause has been shown for entry of a protective order governing the confidentiality of documents produced in discovery, answers to interrogatories, answers to requests for admission, and deposition testimony.

**IT IS THEREFORE ORDERED** that, pursuant to Fed. R. Civ. P. 26(c) and Civil L. R. 26(e), the parties' Stipulated Protective Order, ECF No. 34, is **APPROVED**.

SO ORDERED on October 22, 2020.

    s/ Brett H. Ludwig
    BRETT H. LUDWIG
    United States District Judge