# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | March 25, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 19-cv-1735-bhl |
| CASE NAME: | Sherman Creek Condominiums Inc v. Mid-Century Insurance Company |
| MATTER: | Motion Hearing |
| APPEARANCES: | Ryan R Graff, Attorney for Plaintiff |
| | Stacy K Luell, Attorney for Defendant |
| TIME: | 11:02 a.m. – 11:15 a.m. |
| COURTROOM DEPUTY: | Melissa P. |

**AUDIO OF THIS HEARING IS AT ECF NO. 51**

The Court heard argument on the defendant's motion to rescind the damage stipulation. After discussing the issue, the parties agreed on the meaning of the stipulation. Accordingly,

**IT IS HEREBY ORDERED** that the motion to rescind the stipulation, ECF No. 42, is **DENIED**, but the stipulation shall not bar defendant from arguing that plaintiff's warranty recoveries are relevant to the final relief plaintiff seeks in this case. The Court makes no ruling on the relevance of those warranty recoveries at this time.

Dated at Milwaukee, Wisconsin on March 25, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge