IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERMAN CREEK CONDOMINIUMS, INC.,

    Plaintiff,

v.                                                                                                            Case No.: 19-CV-1735

MID-CENTURY INSURANCE COMPANY,

    Defendant.

## NINTH STIPULATION TO AMEND THE SCHEDULING ORDER

Both parties respectfully request the Court extend the deadline for Plaintiff's Reply Brief for the Motion for Summary Judgment by one week. The parties continue to work together to move this case along.

IT IS HEREBY STIPULATED AND AGREED, by, between and among the parties, by their respective attorneys: Mayer, Graff & Wallace LLP by Ryan R. Graff for Plaintiff Sherman Creek Condominiums, Inc., and Crivello Carlson, S.C. by Stacy K. Luell for defendant, Mid-Century Insurance Company, that:

1. Plaintiff's reply brief for the Motion for Summary Judgment must be filed by the end of the day on **December 10, 2021**. The response and reply deadlines mandated by Civil Local Rule 56 shall apply.

2. The scheduling order is hereby amended consistent with this date and that the Court may enter an order forthwith consistent with the stipulation.

3. No other dates are affected by the stipulation.

Dated this 29th day of November, 2021.

                CRIVELLO CARLSON, S.C.

                */s/ Stacy K. Luell*
By: _____
                Attorney Stacy K. Luell
                State Bar No: 1036160
                Attorneys for Defendant Mid-Century Insurance Company
                710 North Plankinton Avenue, Suite 500
                Milwaukee, WI 53203
                (414) 271-7722 Telephone
                (414) 271-4438 Facsimile
                sluell@crivellocarlson.com

Dated this 29th day of November, 2021.

                MAYER, GRAFF & WALLACE LLP

                */s/ Ryan R. Graff*
By: _____
                John F. Mayer
                State Bar No. 1017384
                Ryan R. Graff
                State Bar No. 1051307
                Attorneys for Plaintiff Sherman Creek Condominiums, Inc.
                1425 Memorial Drive
                Manitowoc, WI 54220
                (920) 684-3321 Telephone
                (920) 684-0544 Facsimile
                jmayer@mgwlawwi.com
                rgraff@mgwlawwi.com