

Attorney Ryan R. Graff (920) 645-6227 | rgraff@mgwlawwi.com
Ingrid Hintz (920) 645-6230 | ihintz@mgwlawwi.com

September 22, 2022

**VIA ELECTRONIC FILING**

Judge Brett H. Ludwig
United States Courthouse Room 271
517 East Wisconsin Avenue
Milwaukee, WI 53202

**RE:** **Sherman Creek Condominiums, Inc. v. Mid-Century Insurance Company**
**Eastern District Case No. 19-CV-1735**

Dear Judge Ludwig:

Now that you have denied both parties motions for summary judgment the next step in the litigation is to schedule a pretrial and trial. Sherman creek requests that the court set a scheduling conference as soon as possible to schedule the pretrial and trial.

                Respectfully,

                MAYER, GRAFF & WALLACE LLP

                /s/ Ryan R. Graff

                By: Ryan R. Graff

RRG/se
cc:     Attorney Stacy K. Luell (via electronic filing)