

Attorney Ryan R. Graff (920) 645-6227 | rgraff@mgwlawwi.com
Ingrid Hintz (920) 645-6230 | ihintz@mgwlawwi.com

February 1, 2023

**VIA ELECTRONIC FILING**

Judge Brett H. Ludwig
United States Courthouse Room 271
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: <u>Sherman Creek Condominiums, Inc. v. Mid-Century Insurance Company</u>
<u>Eastern District Case No. 19-CV-1735</u>

Dear Judge Ludwig:

Unfortunately, there has been an issue with the settlement payment in this matter. Please do not sign the Order for Dismissal until I have advised the Court this has been resolved.

Thank you.

                            Respectfully,

                            MGW Law, LLP

                            /s/ Ryan R. Graff

                            By: Ryan R. Graff

RRG/ieh
cc: Attorney Stacy K. Luell / Attorney Don Carlson (via electronic filing)

---

920-683-5800 | Fax: 1-800-465-1031     mgwlawwi.com     1425 Memorial Dr, Ste B Manitowoc, WI 54220

John F. Mayer | Ryan R. Graff | Joshua M. Greatsinger

Katherine T. Mayer | Travis L. Yang | Ty Sessums