IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERMAN CREEK CONDOMINIUMS, INC.,

          Plaintiff,

v.                                                Case No.: 19-CV-1735

MID-CENTURY INSURANCE COMPANY,

          Defendant.

## STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Both parties respectfully request the Court to extend the deadline for Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement from March 1, 2023 to March 15, 2023.

IT IS HEREBY STIPULATED AND AGREED, by, between and among the parties, by their respective attorneys: MGW Law, LLP by Ryan R. Graff for Plaintiff Sherman Creek Condominiums, Inc., and Crivello Carlson, S.C. by Stacy K. Luell for defendant, Mid-Century Insurance Company, that:

1.    Defendant's response brief to Plaintiff's Motion to Enforce Settlement Agreement must be filed by the end of the day on **March 15, 2023**.

Dated this 28th day of February, 2023.

                        CRIVELLO CARLSON, S.C.

                        By:  */s/ Stacy K. Luell*
                              DONALD H. CARLSON
                              State Bar No. 1011273
                              STACY K. LUELL
                              State Bar No: 1036160
                              Attorneys for Defendant Mid-Century Insurance Company
                              710 North Plankinton Avenue, Suite 500
                              Milwaukee, WI  53203
                              (414) 271-7722 Telephone
                              (414) 271-4438 Facsimile
                              dcarlson@crivellocarlson.com
                              sluell@crivellocarlson.com

Dated this 28th day of February, 2023.

                MGW LAW, LLP

By: */s/ Ryan R. Graff*_____
    John F. Mayer
    State Bar No. 1017384
    Ryan R. Graff
    State Bar No. 1051307
    Attorneys for Plaintiff Sherman Creek Condominiums, Inc.
    1425 Memorial Drive
    Manitowoc, WI 54220
    (920) 684-3321 Telephone
    (920) 684-0544 Facsimile
    jmayer@mgwlawwi.com
    rgraff@mgwlawwi.com