# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Sherman Creek Condominiums, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-cv-001735-BHL |
| Mid-Century Insurance Company ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mid-Century Insurance Company .

Date: 05/03/2023

/s/ Ariane Janz
*Attorney's signature*

Ariane Janz (IL SBN: 6320849)
*Printed name and bar number*
Gordon & Rees LLP
One North Franklin
Suite 800
Chicago, IL 60606
*Address*

ajanz@grsm.com
*E-mail address*

(312) 796-2967
*Telephone number*

(312) 565-6511
*FAX number*