IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERMAN CREEK CONDOMINIUMS, INC.,

               Plaintiff,

v.                    Case No.: 19-CV-1735

MID-CENTURY INSURANCE COMPANY,

               Defendant.

## NOTICE OF MOTION AND MOTION TO ALTER OR AMEND JUDGMENT

  Plaintiff Sherman Creek Condominiums, Inc., by its attorneys, MGW Law, LLP, hereby move to alter or amend the October 10, 2023 judgment pursuant to Fed. R. Civ. P. 59(e). The motion is supported by the enclosed brief and affidavit, and all documents and pleadings already on file with the Court.

  Dated this 7th day of November, 2023.

           MGW Law, LLP

           *Electronically signed by Ryan R. Graff*
       By: _____
           John F. Mayer
           State Bar No. 1017384
           Ryan R. Graff
           State Bar No. 1051307
           Katherine T. Mayer
           State Bar No. 1115856
           Attorneys for Plaintiff Sherman Creek Condominiums, Inc.
           1425 Memorial Drive, Suite B
           Manitowoc, WI 54220
           (920) 683-5800 Telephone
           1-800-465-1031 Facsimile
           jmayer@mgwlawwi.com
           rgraff@mgwlawwi.com
           kmayer@mgwlawwi.com