IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERMAN CREEK CONDOMINIUMS, INC.,

    Plaintiff,

v.

Case No.: 19-CV-1735

MID-CENTURY INSURANCE COMPANY,

    Defendant.

## AFFIDAVIT OF RYAN R. GRAFF

STATE OF WISCONSIN  )
                               ) SS
MANITOWOC COUNTY  )

    Ryan R. Graff, being first duly sworn on oath, states as follows:

    1.    I am one of the attorneys representing Plaintiff Sherman Creek Condominiums, Inc., in the above-captioned action, and I am duly authorized to make this affidavit on its behalf.

    2.    Part of the consideration for the settlement agreement between the parties included a release which included a confidentiality provision to which all the parties agreed. The relevant language is as follows:

Except as required above, neither the Parties nor their attorneys or other representatives will in any way disclose the terms and conditions of this settlement to (a) any individual or entity, or (b) publicize or cause to be publicized in any news or communications media, including but not limited to newspapers, magazines, journals, radio, television or electronic media, social media sites, including but not limited to blogs and other websites. All parties to this Agreement expressly agree to decline comment on any aspect of this Agreement to any member of the news media.

Sherman Creek Condominiums, Inc. and its attorneys promise not to commit any act or make any statement that is or could reasonably be interpreted as detrimental to the business, reputation, or goodwill of the released party including disparaging or embarrassing the released party or its officers, directors, agents, and/or other personnel. Sherman Creek Condominiums, Inc. and its attorneys agree that any information regarding the resolution of this claim must remain confidential and they promise to undertake all necessary actions to insure that this information remains confidential and out of the public domain.

3. That this Affidavit is made in support of Sherman Creek Condominiums, Inc.'s Motion to Restrict Documents Related to its Reply Brief in Support of its Motion to Alter or Amend Judgment.

_____
Ryan R. Graff

Subscribed and sworn to before me
this 19th day of December, 2023.

_____
Sarah Endries, Notary Public
Manitowoc County, Wisconsin
My Commission Expires 9/12/27.